AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of California

Greenlee Textron Inc., a Delaware corporation,
Plaintiff,

V.

Heritage Technologies Inc., a California Corporation;
Carl Thompson, an individual; and Charles Wissman,
an individual and DOES 1-10,
Defendants.

FILED
2007 OCT 19  PM 3:55

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL ACTION**

BY_____ DEPUTY

CASE NUMBER: '07 CV 2038  WQH RBB

TO: (Name and address of Defendant)
/

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kent B. Goss
Dimitrios V. Korovilas
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, #3200
Los Angeles, CA 90017

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. Samuel Hamrick, Jr.                                              OCT 19 2007

CLERK                                                                DATE

American LegalNet, Inc.
www.FormsWorkflow.com