ORIGINAL

FILED

07 OCT 19 PM 3: 04

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ *Pla* _____ DEPUTY

1   KENT B. GOSS (STATE BAR NO. 131499)
    KGoss@orrick.com
2   DIMITRIOS V. KOROVILAS (STATE BAR NO. 247230)
    dkorovilas@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    777 South Figueroa Street, Suite 3200
4   Los Angeles, CA  90017
    Telephone:     +1-213-629-2020
5   Facsimile:     +1-213-612-2499

6   Attorneys for Plaintiff
    GREENLEE TEXTRON INC.

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  GREENLEE TEXTRON INC., a Delaware      '07 CV 2038  WQH RBB
    corporation,                            Case No.
12
                    Plaintiff,              NOTICE OF INTERESTED PARTIES
13
            v.
14
    HERITAGE TECHNOLOGIES INC., a
15  California Corporation; CARL THOMPSON,
    an individual; and HOWARD WISSMAN, an
16  individual; and DOES 1-10,

17                  Defendants.

18

19          Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of

20  record for Greenlee Textron Inc. ("Greenlee"), certifies that Textron Inc. is a parent company of

21  Greenlee or owns more than 10% of Greenlee's stock.  This representation is made only to enable

22

23

24

25

26

27

28  //



OHS West:260320753.1                    - 1 -                    NOTICE OF INTERESTED PARTIES

1  the Court to evaluate the possibility of disqualification or recusal, and should not be construed as

2  an admission of any kind.

3  Dated: October 1̸0̸ , 2007                              KENT B. GOSS
                                                       DIMITRIOS V. KOROVILAS
4                                                      Orrick, Herrington & Sutcliffe LLP

5

6

7                                                      DIMITRIOS V. KOROVILAS
                                                       Attorneys for Plaintiff
8                                                      Greenlee Textron Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28