Manuel de la Cerra (SBN 189313)
John L. Roberts (SBN 208927)
THE LAW OFFICE OF
MANUEL DE LA CERRA
6885 Catamaran Drive
Carlsbad, CA 92011
Telephone: 760-809-5520
Facsimile: 760-269-3542
E-mail: manny@delacerralaw.com

Attorneys for Defendants,
HERITAGE TECHNOLOGIES, INC., CARL THOMPSON
and CHARLES WISSMAN

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| GREENLEE TEXTRON INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HERITAGE TECHNOLOGIES, INC., a California Corporation; CARL THOMPSON, an individual; CHARLES WISSMAN, an individual; and DOES 1-10,<br><br>Defendants. | Case No.: 07 CV 2038 WQH (RBB)<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED** by and between the parties to the above-entitled action, through their respective counsel, subject to the approval of this Honorable Court, that Defendants' time to answer or otherwise respond to the Complaint be extended up to and including December 19, 2007.

This stipulation is made pursuant to CivLR 7.2 and 12.1 and is not entered into for the purposes of inconvenience or delay. Defendant HERITAGE TECHNOLOGIES, INC. has agreed to provide to Plaintiff an exemplar of the accused device and schematic drawings

1  subject to a confidentiality agreement, and Plaintiff will conduct testing on the device to

2  further investigate facts related to the pending patent infringement action.  There have been

3  no previous requests to continue the Defendants' time to respond to the Complaint.

DATED:  _November 9, 2007             Respectfully submitted,

THE LAW OFFICE OF
MANUEL DE LA CERRA


By:   s/Manuel de la Cerra
         Manuel de la Cerra
         John L. Roberts
         Attorneys for Defendants HERITAGE
         TECHNOLOGIES, INC., CARL
         THOMPSON and CHARLES WISSMAN


DATED:  _November 9, 2007             Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:   s/Kent B. Goss
         Kent B. Goss
         Attorneys for Plaintiff GREENLEE
         TEXTRON INC.

# PROOF OF SERVICE

I am employed in San Diego County, State of California. I am over the age of 18 and not a party to the within action. My business address is 6885 Catamaran Drive, Carlsbad, CA 92011.

On November 9, 2007, I served on the interested parties in said action the following:

- **JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

- **[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

by placing a true copy thereof in a sealed envelope addressed as follows and deposited it in the U.S. Mail at Carlsbad, California:

| | |
|---|---|
| **Kent B. Goss** | **Attorney for Greenlee** |
| **Orrick Herrinton & Sutcliffe LLP** | **Textron, Inc** |
| **777 South Figueroa St, Suit 3200** | |
| **Los Angeles, CA 90017** | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 9, 2007 at Carlsbad, California.

\_\_\_s/Manuel F. de la Cerra_____
Manuel F. de la Cerra