# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENLEE TEXTRON, INC., a Delaware corporation,<br><br>                              Plaintiff,<br><br>     vs.<br><br>HERITAGE TECHNOLOGIES, INC., a California corporation; CARL THOMPSON, an individual; CHARLES WISSMAN, an individual; and DOES 1-10,<br><br>                              Defendants. | CASE NO. 07CV2038 WQH (RBB)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT |

HAYES, Judge:

On October 19, 2007, Plaintiff Greenlee Textron, Inc. filed the Complaint in this matter against Defendants Heritage Technologies, Inc., Carl Thompson, and Charles Wissman. (Doc. # 1). On November 9, 2007, the parties filed a joint motion to extend the time for Defendants to respond to the Complaint. (Doc. # 10).

Good cause appearing, the joint motion to extend the time for Defendants to respond to the Complaint (Doc. # 10) is GRANTED. Defendants shall respond to Plaintiff's Complaint on or before December 19, 2007.

**IT IS SO ORDERED**.

DATED: November 14, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge