1  Manuel de la Cerra (SBN 189313)
   John L. Roberts (SBN 208927)
2  THE LAW OFFICE OF
   MANUEL DE LA CERRA
3  6885 Catamaran Drive
   Carlsbad, CA 92011
4  Telephone: 760-809-5520
   Facsimile: 760-269-3542
5  E-mail: manny@delacerralaw.com

6  Attorneys for Defendants,
   HERITAGE TECHNOLOGIES, INC., CARL THOMPSON
7  and CHARLES WISSMAN

8

9                    UNITED STATES DISTRICT COURT

10              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11                         SAN DIEGO DIVISION

| | |
|---|---|
| GREENLEE TEXTRON INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>HERITAGE TECHNOLOGIES, INC., a California Corporation; CARL THOMPSON, an individual; CHARLES WISSMAN, an individual; and DOES 1-10,<br><br>    Defendants. | Case No.: 07 CV 2038 WQH (RBB)<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED** by and between the parties to the above-entitled action, through their respective counsel, subject to the approval of this Honorable Court, that Defendants' time to answer or otherwise respond to the Complaint be extended by 30 days up to and including January 18, 2008.

This stipulation is made pursuant to CivLR 7.2 and 12.1 and is not entered into for the purposes of inconvenience or delay. On November 14, 2007, Defendant HERITAGE TECHNOLOGIES, INC. shipped to Plaintiff via UPS an exemplar of the accused device and

1  schematic drawings subject to a confidentiality agreement. On November 21, 2007, as required
2  by the confidentiality agreement, Defendants agreed to Plaintiff's selection of an expert to review
3  the exemplar and schematic drawings. Plaintiff and its expert are currently testing the device and
4  reviewing the schematic drawings to further investigate facts related to the pending patent
5  infringement action. The parties have agreed to meet-and-confer after the Plaintiff's testing is
6  complete to explore a potential resolution of this case. This is the second request to continue the
7  Defendants' time to respond to the Complaint.

DATED: December 12, 2007            Respectfully submitted,

                                    THE LAW OFFICE OF
                                    MANUEL DE LA CERRA


                                    By:  s/Manuel de la Cerra
                                         Manuel de la Cerra
                                         John L. Roberts
                                         Attorneys for Defendants HERITAGE
                                         TECHNOLOGIES, INC., CARL
                                         THOMPSON and CHARLES WISSMAN


DATED: December 12, 2007            Respectfully submitted,

                                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                    By:  s/Kent B. Goss
                                         Kent B. Goss
                                         Attorneys for Plaintiff GREENLEE
                                         TEXTRON INC.

**PROOF OF SERVICE**

I am employed in San Diego County, State of California. I am over the age of 18 and not a party to the within action. My business address is 6885 Catamaran Drive, Carlsbad, CA 92011.

On December 13, 2007, I served on the interested parties in said action the following:

- **JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

- **[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

by placing a true copy thereof in a sealed envelope addressed as follows and deposited it in the U.S. Mail at Carlsbad, California:

**Kent B. Goss**  **Attorney for Greenlee**
**Orrick Herrington & Sutcliffe LLP**  **Textron, Inc**
**777 South Figueroa St, Suit 3200**
**Los Angeles, CA 90017**

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 13, 2007 at Carlsbad, California.

\_\_\_s/Manuel F. de la Cerra_____
Manuel F. de la Cerra