KENT B. GOSS (STATE BAR NO. 131499)
kgoss@orrick.com
DIMITRIOS V. KOROVILAS (STATE BAR NO. 247230)
dkorovilas@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:    +1-213-629-2020
Facsimile:    +1-213-612-2499

Attorneys for Plaintiff
GREENLEE TEXTRON INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENLEE TEXTRON INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HERITAGE TECHNOLOGIES INC., a California Corporation; CARL THOMPSON, an individual; CHARLES WISSMAN, an individual; and DOES 1-10,<br><br>Defendants. | Case No.  07cv02038 WQH (RBB)<br><br>**GREENLEE TEXTRON INC.'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Greenlee Textron Inc. voluntarily dismisses the above-captioned action without prejudice.

DATED: January 15, 2008        ORRICK, HERRINGTON & SUTCLIFFE LLP
                               KENT B. GOSS
                               DIMITRIOS V. KOROVILAS

                               By:  s/Kent B. Goss
                                    Kent B. Goss
                                    Attorneys for Plaintiff
                                    GREENLEE TEXTRON INC.

OHS West:260368972.1                  - 1 -

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, PER FED. R. CIV. P. 41

**CERTIFICATE OF SERVICE**

Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual section 2.d.2, I hereby certify that on this 15th of January, 2008, I electronically filed this document, entitled GREENLEE TEXTRON INC.'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a), with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys for defendants, Manuel de la Cerra, Law Offices of Manuel de la Cerra, via the e-mail address manny@delacerralaw.com.

DATED this 15th day of January, 2008.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By /s/ Dimitrios V. Korovilas
Dimitrios V. Korovilas
Attorneys for Plaintiff
GREENLEE TEXTRON INC.